## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**                          CHAPTER 13
                                               CASE NO. 14-54917-MAR
DEACARLA CHRISTINE BRAZZLE-WARD,               JUDGE MARK A RANDON
Debtor.

_____/

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. As debtor has failed to timely commence payments, the Trustee requests a future default provision within debtor's Order Confirming Plan requiring debtor to remit payments timely. Should the debtor fail to remit timely payments the Trustee need only provide a Notice of Default providing debtor with 30 days to cure any delinquent payments, otherwise, the case would be dismissed without hearing upon the Trustee's affidavit.

2. Trustee requests verification of debtor's non-filing spouse's income and contribution from mother in the amount of $500.00. Trustee requires the verification to be received by the Trustee immediately.

3. Trustee requires debtor provide a copy of the debtor's non-filing spouse's 2012 and 2013 income tax returns.

4. Trustee requests a copy of the last deed of record for property located at 18212 Cherrylawn.

5. Trustee objects to the change to Part V.EE. of the Chapter 13 Plan.

6. Trustee objects to debtor's deduction of some or all of non-filing spouse's income from the means test in Line 19a. In reviewing debtor's Schedules I and J it is apparent that debtor's household cannot survive without regularly contributed income from the non-filing spouse, thus affecting the monthly disposable income.

7. The Trustee objects to Lines 26a and 32 of the Means Test as the amount exceeds debtor's actual deduction disclosed on Schedule I and/or actual expense disclosed on Schedule J and affects the disposable income determination.

8. The Trustee objects to Line 30 of the Means Test as the amount exceeds debtor's actual expense and affects the disposable income determination.

9. Trustee objects to the amount listed on Line 50a of the Means Test as it exceeds debtors' Plan payment and affects the disposable income determination.

10. Trustee objects to debtor's failure to disclose the F/K/A name of debtor on the petition, Deacarla Brazzle, and your Trustee questions whether proper notice has been given to creditors of the pendency of these proceedings.

11. Trustee requires verification of the monthly mortgage expense, debtor's non-filing spouse's other bills, and car payment.

12. Upon the completion of direct payments to debtor's non-filing spouse's car payment, the debtor will have additional funds to devote to payments into the Chapter 13 Plan through the Trustee thereby increasing the debtor's best effort payments.

13. Trustee requires an update at confirmation as to the status of debtor pursuing child support from ex-spouse.

14. Trustee objects to debtor's failure to disclose all checking and savings accounts on Schedule B.

15. Trustee objects to debtor's retention of the Cherrylawn property, which is a partial drain on debtor's bankruptcy estate as it may affect disposable income pursuant to 11 U.S.C. § 1325(b)(1).

16. The Trustee objects to the following expenses of the debtor(s) (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in contravention of 11 USC 1325(a)(3) and/or 11 USC 1325(b):

    a.  Transportation - $500.00

    b.  Husband's bills - $2,950.00

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

November 17, 2014             /s/ Maria Gotsis
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| | CASE NO. 14-54917-MAR |
| DEACARLA CHRISTINE BRAZZLE-WARD, | JUDGE MARK A RANDON |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GUDEMAN & ASSOCIATES
1026 W. ELEVEN MILE ROAD
ROYAL OAK, MI 48067-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

DEACARLA CHRISTINE BRAZZLE-WARD
20526 CAROL ST
DETROIT, MI 48235-0000

November 17, 2014                    /s/ Barbara A. Ecclestone
                                     Barbara A. Ecclestone
                                     For the Office of the Chapter 13 Trustee-Detroit
                                     719 Griswold Street
                                     Suite 1100
                                     Detroit, MI 48226
                                     (313) 962-5035
                                     notice@det13ksc.com